**Michael D. ISHAM, Plaintiff–Appellant,**

v.

**Bennie McGUINESS, Defendant–Appellee.**

No. 05–15430.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 19, 2006.

Michael D. Isham, Indian Springs, NV, pro se.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Michael D. Isham, a Nevada state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging constitutional violations stemming from the miscalculation of his sentence. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim under 28 U.S.C. § 1915A, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Isham's action under *Heck v. Humphrey,* 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), as it directly challenges the validity of his continued confinement.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court did not abuse its discretion by dismissing Isham's action without leave to amend, because the deficiencies in the complaint could not be cured. *See Lopez v. Smith,* 203 F.3d 1122, 1130–31 (9th Cir.2000) (en banc).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

